In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00120-CR**
_____

**WILLIAM DEAN HALBIRT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 11-267050

**ORDER**

The Court finds it is necessary to return jurisdiction to the trial court for appointment of new counsel because counsel of record for William Dean Halbirt is a judge effective January 1, 2013.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the purpose of appointing new counsel to represent appellant. A supplemental clerk's record containing any orders and findings made by the trial court

pursuant to this Order, together with a reporter's record of any hearings conducted by the trial court, shall be filed with the Court of Appeals by February 25, 2013.

All appellate timetables are suspended pending resolution of this matter in the trial court. New counsel shall, within thirty days of being appointed to represent the appellant, either file a motion to strike the brief filed by former counsel and file a new brief on behalf of the appellant, or inform the Court whether new counsel will adopt the brief filed by former counsel.

ORDER ENTERED January 24, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.

2